IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| TRISHA DORAN, M.D., | : | |
| Plaintiff, | : | CASE NO. 2:16-cv-665 |
| v. | : | |
| ROBERT McDONALD, SECRETARY FOR THE UNITED STATES DEPARTMENT OF VETERANS AFFAIRS, | : | JUDGE GRAHAM |
| Defendant. | : | MAGISTRATE JUDGE DEAVERS |

## ORDER GRANTING JOINT MOTION TO STAY

The Court has review the Joint Motion to Stay this case pending the outcome of a related case, *Trisha Doran, M.D. v. Robert McDonald, Secretary for the United States Department of Veterans Affairs*, Case No. 2:16-cv-532. For the reasons set forth in the Joint Motion, the Court finds the Motion to be well-taken and hereby GRANTS same. This case is hereby stayed pending a decision in Case No. 2:16-cv-532. The parties shall promptly notify the Court of any decision in that case and file an agreed motion to lift the stay as appropriate.

It is further ordered that during the pendency of the stay, Plaintiff will provide responses to Defendant's outstanding discovery requests no later than January 5, 2017.

Should the stay be lifted and this case proceed, the parties will complete any necessary discovery within 60 days of entry of an order lifting the stay; such discovery will be limited to depositions and no additional paper discovery will be requested or

produced. Dispositive motions will be filed no later than 30 days after the close of discovery as outlined above.

IT IS SO ORDERED.

12/15/17
DATE

_Elizabeth C. Husto-Deavers_
UNITED STATES MAGISTRATE JUDGE